(December 24, 1906.)

KOOTENAI COUNTY, Appellant, v. N. G. SISSON, Respondent.

[88 Pac. 233.]

APPEAL from the District Court in and for Kootenai County. Hon. Ralph T. Morgan, Judge.

From a judgment in favor of defendant plaintiff appealed. *Reversed.*

Ezra R. Whitla, Prosecuting Attorney of Kootenai County, for Appellant.

Edwin McBee and Earl Sanders, for Respondent.

SULLIVAN, J.—As this action is similar to that of *Kootenai County v. Dittemore, ante,* p. 758, 88 Pac. 232, decided at this term of the court, and was by agreement of counsel to follow the decision in that case, the judgment of the court below is reversed and the cause remanded. Costs of this appeal are awarded to appellant.

Ailshie, J., concurs.

Stockslager, C. J., dissents.